**No. 47159.**—Protest 64436–K of Julius Blum & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the structural steel shapes in question are similar in all material respects to those the subject of *Blum* v. *United States* (5 Cust. Ct. 119, C. D. 381) the claim at one-fifth of 1 cent per pound under paragraph 312 was sustained.

**No. 47160.**—Protest 59788–K of Rolls Razor, Inc. (New York).

Opinion by DALLINGER, J. In accordance with the agreed facts and following Abstract 44312 the articles in question were held dutiable at three-fourths of 1 cent per pound or 3 percent ad valorem, whichever is lower, under section (c) (7), as articles containing over 4 percent of copper by weight, but not in chief value of copper. Protest sustained.

**No. 47161.**—Protests 36035–K, etc., of. Worksman Cycle Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of cycle parts similar to those the subject of *Ling* v. *United States* (3 Cust. Ct. 113, C. D. 215). In accordance therewith the claim at 30 percent under paragraph 371 was sustained.

**No. 47162.**—Protests 20087–K, etc., of Talens & Son, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated between counsel that the containers in question are similar in all material respects to those the subject of Abstract 46411. The claim at 22½ percent under paragraph 397 and the United Kingdom Trade Agreement (T. D. 49753), that the articles are dutiable as containers, not specially provided for, wholly or in chief value of tin plate, but not plated with platinum, gold, or silver, or colored with gold lacquer, was therefore sustained.

BEFORE THE THIRD DIVISION, MAY 6, 1942

**No. 47163.**—Protests 884240–G, etc., of American Mushroom Import Corp. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.